## Greco, J. Peter

| | |
|---|---|
| **From:** | Nicholas Spetsas <nick@spetsasbuist.com> |
| **Sent:** | Tuesday, November 25, 2025 12:29 PM |
| **To:** | Greco, J. Peter; Thomas, Greg |
| **Cc:** | Charlie Gray; EMAIL:; Charles Buist |
| **Subject:** | Re: New case - Debbie Reinelt |
| **Attachments:** | Universal Complaint - Debbie Reinelt.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL - This email originated from outside the organization.

Pete and Greg,

Below is link to the medical records and bills we have at this time. Also, attached is a Complaint that we intend on filing in the new year. These records seem to have everything we need to evaluate this case, but I will send over any additional ones if we receive them.



Filevine Doc Viewer
spetsasbuist.filev.io

Our demand at this time is $5,000,000.00. Please let me know if you have any questions.



**Nicholas Spetsas**
**Partner, Spetsas Buist Accident Injury Lawyers**

☎ (321) 352-7588  |  🖷 (407) 237-0096  |  ☐ (386) 283-7522

🌐 www.SpetsasBuist.com  |  ✉ nick@spetsasbuist.com

📍 225 E Robinson St, Suite 542 | Orlando, FL 32801

    

1



EXHIBIT
**A**
tabbies

**Summary of Medical Information Referenced in Plaintiff's Pre-Suit Demand**
**(Provided for Jurisdictional Purposes Only)**

### Introduction

This Exhibit provides a summary of the medical information referenced by Plaintiff in support of her pre-suit demand. It is submitted solely to assist the Court in evaluating the seriousness of the alleged injury, the nature of the treatment rendered, and whether the amount in controversy is satisfied. Out of respect for Plaintiff's privacy and proportionality concerns, Universal does not submit Plaintiff's underlying medical records.

### Presentation and Diagnosis

Plaintiff reported neurological symptoms that resulted in hospital evaluation and neuroimaging. Diagnostic imaging identified a right hemispheric subdural hematoma with associated mass effect and midline shift.

CT imaging described a mixed-density right frontoparietal subdural extra-axial collection measuring up to approximately 2.3 cm in thickness, with associated mass effect and right-to-left midline shift of approximately 6 mm. Subsequent MRI imaging confirmed an acute-to-subacute right hemispheric subdural hematoma measuring up to approximately 19 mm in thickness, with an additional parafalcine component measuring up to approximately 9 mm and continued midline shift of approximately 8 mm. Neurosurgical consultation was obtained based on these findings.

### Hospitalization and Neuro-Interventional Treatment

Plaintiff was admitted to the hospital for management of the subdural hematoma. Neurosurgical assessment characterized the condition as a subacute subdural hematoma with brain compression and recommended seizure prophylaxis and neuro-interventional evaluation.

328768933v.1

Plaintiff subsequently underwent right middle meningeal artery embolization performed by Interventional Radiology under general anesthesia. Post-procedure documentation reflects successful embolization without reported complications. Plaintiff remained hospitalized for monitoring and was cleared for discharge once neurologically stable, with instructions for continued seizure prophylaxis and follow-up care.

### Objective Severity of Injury

Across multiple imaging modalities, Plaintiff's condition was characterized by the following objective findings:

- A large right hemispheric subdural hematoma measuring up to approximately 2.3 cm on CT imaging, with associated mass effect and midline shift.

- MRI confirmation of an acute-to-subacute subdural hematoma measuring up to approximately 19 mm, with an additional parafalcine component and continued midline shift.

These findings prompted inpatient hospitalization, neurosurgical management, and definitive endovascular treatment under general anesthesia.

### Post-Discharge Follow-Up and Reported Sequelae

Subsequent neurology follow-up documented ongoing cognitive complaints following the subdural hematoma and embolization. At follow-up, Plaintiff reported memory and confusion issues, including difficulty with recall and orientation. The neurologist assessed mild cognitive impairment and planned continued follow-up, noting decreasing residual hematoma burden on serial imaging.

During this follow-up, Plaintiff reported concerns regarding her ability to continue working and discussed potential retirement in light of her ongoing cognitive symptoms.

## Conclusion

The medical information referenced by Plaintiff reflects a significant intracranial hemorrhage with measurable mass effect and midline shift, requiring inpatient hospitalization, neurosurgical evaluation, and definitive neuro-interventional treatment via right middle meningeal artery embolization under general anesthesia. The information further reflects ongoing reported cognitive complaints months after the procedure, with continued neurology follow-up and reported concerns regarding continued employment.

328768933v.1