Docusign Envelope ID: 80625D26-06B9-4634-809C-EE4CA7368F5E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBBIE REINELT,

     Plaintiff,

                                   CASE NO.:

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD. and MACK RIDES
GMBH & CO KG,

     Defendants.

_____/

**DECLARATION OF ANDREW EITINGON**
**PURSUANT TO 28 U.S.C. § 1746**

I, Andrew Eitingon, declare as follows:

1. I am the Secretary for Universal City Development Partners, Ltd., the Defendant in this action. The facts contained in this declaration are based either on my personal knowledge or information I obtained from the books and records of Universal City Development Partners, Ltd. and/or its parent and related entities. These records are made as part of regular business practices at or near the time of the act, condition, or event set forth in the record by, or information transmitted by, a person with knowledge of those matters. If called as a witness, I could and would testify competently to the facts stated herein.

2. Based on company records routinely maintained in the ordinary course of business and entered contemporaneously by persons having knowledge of the events recorded and whose job duties include recording them, I have determined the following information regarding the corporate citizenship and status of Defendant Universal City Development

326960741v.1

EXHIBIT
B

Docusign Envelope ID: 80625D26-06B9-4634-809C-EE4CA7368F5E

Partners, Ltd. ("UCDP"). For the reasons set forth in the balance of this declaration, there is diversity of citizenship under 28 U.S.C § 1332 in the suit brought by Debbie Reinelt.

3. UCDP was at the time of filing this action, and is now, a limited partnership organized under the laws of the state of Florida. The partners of UCDP at the time of filing were, and are now, (1) limited partner Universal City Florida Holding Co. I, and (2) general partner Universal City Florida Holding Co. II.

4. Universal City Florida Holding Co. I was at the time of filing this action, and is now, a general partnership organized under the laws of the state of Florida. The partners of Universal City Florida Holding Co. I at the time of filing were, and are now, (1) Parks Holdings Acquisition LLC, (2) Parks Holdings Acquisition Sub LLC, and (3) Universal City Property Management II LLC.

5. Universal City Florida Holding Co. II was at the time of filing this action, and is now, a general partnership organized under the laws of the state of Florida. The partners of Universal City Florida Holding Co. II at the time of filing were, and are now, (1) Parks Holdings Acquisition LLC, (2) Parks Holdings Acquisition Sub LLC, and (3) Universal City Property Management II LLC.

6. Parks Holdings Acquisition LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Parks Holdings Acquisition LLC at the time of filing was, and is now, NBCUniversal Media, LLC, a Delaware limited liability company.

7. Parks Holdings Acquisition Sub LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The

2

326960741v.1

sole member of Parks Holdings Acquisition Sub LLC at the time of filing was, and is now, NBCU Corporate Holdings, LLC, a Delaware limited liability company. The sole member of NBCU Corporate Holdings, LLC at the time of filing was, and is now, NBCUniversal Media, LLC.

8.    Universal City Property Management II LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Universal City Property Management II LLC at the time of filing was, and is now, Universal City Studios Productions LLLP.

9.    Universal City Studios Productions LLLP was at the time of filing this action, and is now, a limited liability limited partnership organized under the laws of the state of Delaware. The partners of Universal City Studios Productions LLLP at the time of filing were, and are now, (1) limited partner VUE Holding LLC, and (2) general partner VUE NewCo LLC.

10.    VUE Holding LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of VUE Holding LLC at the time of filing was, and is now, VUE NewCo LLC.

11.    VUE NewCo LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The members of VUE NewCo LLC at the time of filing were, and are now, (1) USI Entertainment LLC, and (2) Universal Studios Company LLC.

12.    USI Entertainment LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member

3

of USI Entertainment LLC at the time of filing was, and is now, Universal Studios Company LLC.

13.    Universal Studios Company LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Universal Studios Company LLC at the time of filing was, and is now, NBCU Acquisition Sub LLC, a limited liability company organized under the laws of the state of Delaware.

14.    The sole member of NBCU Acquisition Sub LLC at the time of filing was, and is now, NBCUniversal Media, LLC.

15.    NBCUniversal Media, LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware.  The sole member of NBCUniversal Media, LLC at the time of filing was, and is now, NBCUniversal, LLC, a limited liability company organized under the laws of the state of Delaware.

16.    The members of NBCUniversal, LLC at the time of filing were: (1) Comcast Navy Acquisition, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Navy Contribution, LLC, a limited liability company organized under the laws of the state of Delaware; (3) NBCUniversal Enterprise, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (4) Comcast CCW Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) Comcast Snap Holdings II, LLC, a limited liability company organized under the laws of the state of Delaware.

4

326960741v.1

17.     The members of NBCUniversal, LLC are now, (1) Comcast Navy Acquisition, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Navy Contribution, LLC, a limited liability company organized under the laws of the state of Delaware; (3) Comcast Navy Holdings LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast CCW Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) Comcast Snap Holdings II, LLC, a limited liability company organized under the laws of the state of Delaware.

18.     The sole member of Comcast Navy Acquisition, LLC was, at the time of filing, and is now, Comcast Corporation.

19.     Comcast Corporation was, at the time of filing, and is now, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

20.     The members of Comcast Navy Contribution, LLC were, at the time of filing,: (1) Comcast SportsNet New England Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast SportsNet Philadelphia Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (3) Versus Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast Contribution Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) E! Holdings, LLC, a limited liability company organized under the laws of the state of Delaware.

326960741v.1

21.     The members of Comcast Navy Contribution, LLC are now: (1) Comcast Spectator Holding Company, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Holdings Corporation, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania;; (3) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast Contribution Holdings, LLC, a limited liability company organized under the laws of the state of Delaware.

22.     The members of Comcast SportsNet New England Holdings, LLC were, at the time of filing: (1) Comcast SportsNet NE Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; and (2) CSNNE Partner, LLC, a limited liability company organized under the laws of the state of Delaware.

23.     The sole member of Comcast SportsNet NE Holdings, LLC was, at the time of filing, Comcast Holdings Corporation, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. Comcast Corporation was, at the time of filing, and is now the operating entity for Comcast Holdings Corporation, and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at its corporate headquarters in Philadelphia, Pennsylvania.

24.     The sole member of CSNNE Partner, LLC was, at the time of filing, Comcast Holdings Corporation.

25.     The sole members of Comcast SportsNet Philadelphia Holdings, LLC were, at the time of filing: (1) Comcast Holdings Corporation; and (2) Comcast Spectacor Holding Company, LLC, a limited liability company organized under the laws of the state of

6

326960741v.1

Delaware.

26.     The sole member of Comcast Spectacor Holding Company, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

27.     The members of Versus Holdings, LLC were, at the time of filing: (1) Comcast Holdings Corporation; and (2) E! Holdings, LLC.

28.     The sole member of Comcast CHC, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

29.     The sole member of Comcast Contribution Holdings, LLC was, at the time of filing, and is now, Comcast Corporation.

30.     The sole member of E! Holdings, LLC was, at the time of filing, Comcast Holdings Corporation.

31.     Comcast Corporation was, at the time of filing, the operating entity for NBCUniversal Enterprise, Inc., and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations were conducted at Comcast Corporation's corporate headquarters in Philadelphia, Pennsylvania.

32.     The members of Comcast CCW Holdings, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast CHC, LLC.

33.     The members of Comcast Snap Holdings II, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast CHC, LLC.

34.     None of the entities within this structure were, at the time the Complaint was filed, or are now, North Carolina citizens.  None have members or partners who were, at the time the Complaint was filed, or are now, North Carolina citizens.

326960741v.1

Docusign Envelope ID: 80625D26-06B9-4634-809C-EE4CA7368F5E

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21ˢᵗ day of January, 2026, at New York, New York.



Andrew Eitingon, Secretary, Universal City Development Partners, Ltd.

8

326960741v.1